# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN PETER MARTINEZ, <br><br> Plaintiff, <br><br> v. <br><br> SHERIFF DEPUTIES DAMIEN ORTEGA AND DAVIS, <br><br> Defendants. | Case No. CV 05-5684-ABC (JTL) <br><br> ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that plaintiff's Motion to Dismiss defendant Davis is granted.

DATED: November 12, 2008

*/s/ Audrey B. Collins*

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE