```
 1  Henry Patrick Nelson, CSB #32249
    Amber A. Logan, CSB #166395
 2  Sanaz Tahernia, CSB #256084
    Nelson & Fulton
 3  Equitable Plaza, Suite 2800
    3435 Wilshire Boulevard
 4  Los Angeles, CA. 90010-2014
    (213)365-2703 / Fax (213)365-9130
 5  nelson-fulton@covad.net

 6  Attorneys for Defendants,
    Damien Ortega, Michael Davis, John Corina, and Wadie Musharbash
 7
```

8                   UNITED STATES DISTRICT COURT

9                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11  JONATHAN PETER MARTINEZ,        )   CASE NO. CV 05-5684 ABC (JEM)
                                    )
12              Plaintiff,          )   ~~(PROPOSED)~~ **PROTECTIVE ORDER**
                                    )
13  vs.                             )
                                    )
14  SHERIFF DEPUTY DAVIS, et al.,   )
                                    )
15              Defendant.          )
                                    )
16  _____    )

17       GOOD CAUSE APPEARING:

18       **IT IS HEREBY ORDERED** that the materials, information and

19  evidence ordered disclosed to Plaintiff pursuant to the Court's

20  March 11, 2010 Order Granting Plaintiff's Motion to Compel

21  Discovery Responses and Further Deposition Testimony ("Compel

22  Order"), may not be used for any purpose other than in connection

23  with the litigation of this case.

24       **MORE SPECIFICALLY, IT IS HEREBY ORDERED**, as follows:

25       1.   Under no circumstances shall the information disclosed

26  pursuant to the Compel Order (including, but not limited to any

27  Internal Affairs Investigation files, inmate complaints, civil

28

1 lawsuits, or information pertaining to said documents) be used in
2 any proceeding other than the instant case, or be disseminated, in
3 any form, except by court order.
4     2.   Under no circumstances shall the information disclosed
5 pursuant to the Compel Order, either orally, or by written form,
6 be input into any computer program or database or listed manually
7 in any manual, notebook or other listing as it pertains to law
8 enforcement personnel.  This does not apply to any computer
9 program or case file maintained specifically for this civil
10 lawsuit.
11     3.   Plaintiff's counsel shall not provide to the Plaintiff,
12 either orally, or in writing, with any contact information of any
13 party or individual identified within the information disclosed
14 pursuant to the Compel Order.  Plaintiff's counsel may, however,
15 discuss substantive information obtained from the information
16 disclosed pursuant to the Compel Order.
17     4.   Plaintiff's counsel shall not discuss any matters
18 related to the information disclosed pursuant to the Compel Order
19 with any parties other than the Plaintiff and/or individuals
20 retained in litigating this civil lawsuit.
21     5.   Counsel for Plaintiff shall advise those individuals to
22 whom disclosure of the information disclosed pursuant to the
23 Compel Order is to be made, of the contents of this Protective
24 Order, and such counsel shall obtain the consent of such
25 individual that he or she will be bound by this Protective Order.
26 In the event such individual does not consent to be bound by this
27 Protective Order, before disclosure of the information disclosed
28

1  pursuant to the Compel Order, no disclosure of the information
2  will be made to such individual.

3      6.   Any counsel, expert, consultant or investigator retained
4  by counsel for any party to this case shall not refer to the
5  information disclosed pursuant to the Compel Order in any other
6  court proceeding without first obtaining leave from this Court.

7      7.   This Protective Order, and the obligations of all
8  persons thereunder, including those relating to the disclosure and
9  use of the information disclosed pursuant to the Compel Order,
10 shall survive the final termination of this case, whether such
11 termination is by settlement, judgment, dismissal, appeal or
12 otherwise, until further order of the Court.

13     8.   Nothing in this Protective Order is intended to prevent
14 officials or employees of the Los Angeles County Sheriff's
15 Department, individual Deputy Sheriffs, or other authorized
16 individuals from having access to the information disclosed
17 pursuant to the Compel Order to which they would have had access
18 in the normal course of their duties.

**IT IS SO ORDERED.**

DATED: March 16, 2010      BY: */s/John E. McDermott*
                                HON. JOHN E. McDERMOTT
                                United States Magistrate Judge