JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN PETER MARTINEZ, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>SHERIFF DEPUTY DAVIS, et.al.,<br><br>        Defendants. | Case No.: CV-05-5684-ABC (JEMx)<br><br>*Assigned to the Hon. Audrey B. Collins*<br><br>[PROPOSED] JUDGMENT |

# JUDGMENT

Trial by jury commenced in this action on January 24, 2012, and concluded on January 27, 2012, with the jury reaching a unanimous verdict with respect to the claims asserted by plaintiff Jonathan Peter Martinez ("Plaintiff") against defendants Michael Davis, Wadie Musharbash, Damien Ortega and John Corina.

Specifically, the jury found that:

1. Defendant Michael Davis violated Plaintiff's civil rights by using unreasonable (excessive) force against him on July 23, 2002;

2. Plaintiff was entitled to nominal damages of $1.00 against defendant Michael Davis;

3. Defendant Michael Davis did not act with malice, oppression or in reckless disregard of Plaintiff's rights;

4. Plaintiff did not prove that defendants Wadie Musharbash or Damien Ortega violated Plaintiff's civil rights by using unreasonable (excessive) force against him on July 23, 2002; and,

5. Plaintiff did not prove that defendants Michael Davis, Wadie Musharbash, Damien Ortega or John Corina violated Plaintiff's civil rights by acting with deliberate indifference to his serious medical needs.

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that:

1. Judgment is entered in favor of Plaintiff and against defendant Michael Davis on Plaintiff's first claim for excessive force;

2. Plaintiff shall recover nominal damages in the amount of $1.00 from defendant Michael Davis;

3. Judgment is entered in favor of defendants Wadie Musharbash and Damien Ortega on Plaintiff's first claim for excessive force; and,

4. Judgment is entered in favor of defendants Michael Davis, Wadie Musharbash, Damien Ortega and John Corina on Plaintiff's second claim for deliberate indifference to Plaintiff's serious medical needs.

**IT IS SO ORDERED.**

Dated: April 16, 2012          _____
                                Honorable Audrey B. Collins
                                Chief United States District Judge